**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. 4:15-cr-00319-4** |
| | § | |
| | § | |
| **IDIA ORIAKHI** | § | |

**MOTION IN LIMINE**

TO THE HONORABLE JUDGE SIM LAKE:

COMES NOW IDIA ORIAKHI, Defendant, by and through her attorney of record, ROBERT FICKMAN, and files this Motion in Limine, and requests that the court instruct the prosecutor and all Government witnesses to refrain from mentioning the following without first obtaining permission of this court.

1.     A personal opinion as to the guilt of the defendant.

2.     Any reference to Idia Oriakhi's election not to testify, in the event he elects not to testify.

3.     Any assertion that the prosecutor cannot compel the defendant to testify.

4.     Any statement by the government which attempts to shift the burden of proof to Idia Oriakhi.

5.     Any reference to any alleged criminal record of Idia Oriakhi.

6.     Any reference to any statement made by Idia Oriakhi to any federal agent.

7. Any reference to any plea negotiations between the Government and Ms. Oriakhi's attorney.

8. Any reference to any "other crimes" or uncharged misconduct.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the court grant this motion.

Respectfully submitted,

/s/ Robert J. Fickman
Robert J. Fickman
Texas Bar No. 06956500
440 Louisiana, Suite 200
Houston, Texas 77008
713-655-7400
FAX 713-224-2815
ATTORNEY FOR DEFENDANT
IDIA ORIAKHI

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to the United States District Attorney's Office via email on this the 2nd of December, 2016.

/s/ Robert J. Fickman
Robert J. Fickman

## CERTIFICATE OF CONFERENCE

The Defense has conferred with the Government regarding this motion. The Government's position is as follows:

1. Agreed
2. Agreed
3. Agreed
4. Agreed
5. Opposed. The United States will comply with Federal Rule of Evidence 609.

6. Opposed.   Statements the defendant made to federal agents (or otherwise) are admissible as an opposing party's statements pursuant to FRE 801(d)(2).

7. Agreed except as otherwise carved out in agreements between the United States and the defendant including, but not limited to, the proffer letter and (if it were to become relevant), the plea agreement.

8. Opposed. The United States will comply with FRE 404(b) and will provide notice of its intent to admit such evidence.

/s/ Robert J. Fickman
Robert J. Fickman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA      §

§

V.      §     **CRIMINAL NO. 4:15-cr-00319-4**

§

IDIA ORIAKHI      §

## ORDER

Defendant's Motion in Limine is:

_____

(Granted as to paragraphs ...)

_____

(Denied as to paragraphs ...)

SIGNED on _____, 2016.

_____

JUDGE PRESIDING