## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:15-cr-00319-4 |
| | § | |
| IDIA ORIAKHI | § | |

## MOTION TO DISCOVER EXCULPATORY EVIDENCE WITH MEMORANDUM IN SUPPORT

**TO THE HONORABLE JUDGE SIM LAKE:**

COMES NOW IDIA ORIAKHI, Defendant, and requests that this Court instruct the Assistant United States Attorney to reveal all exculpatory evidence or evidence which might mitigate punishment in this cause. Further, Defendant would ask the Court to require the United States Attorney or his assistant to thoroughly question all law enforcement agents who participated in the investigation and preparation of this case to determine if there exists any exculpatory or mitigating evidence.

I.

The Defendant would assert that she has the right to discover exculpatory evidence and evidence in mitigation by virtue of her rights to effective assistance

of counsel, to cross-examine, due process and equal protection. United States Constitution Amendments V, VI, and XIV Section 2.

Defendant requests that this Motion be granted.

Respectfully submitted,

/s/Robert J. Fickman
ROBERT J. FICKMAN
Fed. ID No. 3606
State Bar No. 06956500
440 Louisian, Suite 200
Houston, Texas 77002
(713) 655-7400
(713) 224-2815 Fax
Attorney for Defendant,
IDIA ORIAKHI

## CERTIFICATE OF CONFERENCE

Counsel and AUSA William Chang and Jonathan Baum are engaged in ongoing discovery. The Government has provided and/or made available for review substantial discovery to the defendant. Defense Counsel and the Government are working toward reaching agreements on as many discovery issues as possible. The Government and Defense will only bring those issues to the Court's attention where discovery agreements cannot be reached.

/s/Robert J. Fickman
ROBERT J. FICKMAN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Assistant United States Attorneys assigned to this case by Electronic Filing to United States Attorney's Office on this the 2nd day of December, 2016.

/s/Robert Fickman
ROBERT J. FICKMAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA     §
                                          §

V.                                               §     **CRIMINAL NO. 4:15-cr-00319-4**

**IDIA ORIAKHI**                          §

## <u>ORDER</u>

Defendant's Motion to Discover Exculpatory Evidence is hereby

GRANTED / DENIED.

SIGNED on _____, 2016.

_____
UNITED STATES DISTRICT JUDGE