## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:15-cr-00319-4 |
| | § | |
| IDIA ORIAKHI | § | |

## MOTION FOR DISCLOSURE OF IMPEACHING INFORMATION

## TO THE HONORABLE JUDGE SIM LAKE:

COMES NOW, IDIA ORIAKHI, the Defendant, and respectfully moves this Court pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure and the principles of **Brady v. Maryland**, 373 U.S. 83 (1963), for an order directing the United States forthwith to make inquiry and disclose all the following within the possession, custody, or control of the United States, or the existence of which is known, or with the exercise of due diligence could become known to the United States:

1. Any and all records revealing prior felony convictions attributed to each witness called by the Government.

2. Any and all consideration or promises of consideration to or on behalf of the witnesses or expected or hoped for by the witness. By "consideration" Defendant refers to absolutely anything, whether bargained for or not, which

arguably could be of value or use to a witness or to a person of concern to the witness, including but not limited to formal, direct or indirect, leniency, favorable treatment, or recommendations or other assistance with respect to any pending or potential criminal parole, probation, pardon, clemency, civil, tax court, court of claims administrative or other dispute or with any other parties, criminal, civil or tax immunity grants; relief or forfeiture, payments of money; rewards of fees; witness fees and special witness fees; provision of food, clothing, shelter, transportation, legal services or other benefits; placement in a "witness protection program"; informer status of the witness; and anything else which arguably could reveal an interest, motive or bias in the witness in favor of the United States or against the defense or act as an inducement to testify or to color testimony.

3.    Any and all threats, express or implied, direct or indirect, or other coercion made or directed against the witness, criminal prosecutions, investigations, or potential prosecutions pending or which could be brought against the witness, any probationary parole, deferred prosecution or custodial status of the witness, and any civil, tax court or court of claims, administrative or other pending potential legal disputes or transactions with the United States has real, apparent or perceived influence.

4.   The existence and identification of each occasion of which each witness who was or is an informer, accomplice, co-conspirator, or expert has testified

before any court, grand jury or other tribunal body in connection with the matters raised in this indictment.

5. Any and all personnel files for the witness, the existence and identity of all official internal affairs, internal investigations, or public integrity investigations files which reflect poorly on the credibility of any witness known to the Government who was or is a law enforcement officer.

Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

/s/Robert J. Fickman
ROBERT J. FICKMAN
Fed. ID No. 3606
State Bar No. 06956500
440 Louisiana, Suite 200
Houston, Texas 77002
(713) 655-7400
(713) 224-2815 Fax
Attorney for Defendant,
IDIA ORIAKHI

## CERTIFICATE OF CONFERENCE

Counsel and AUSA William Chang and Jonathan Baum are engaged in ongoing discovery. The Government has provided and/or made available for review substantial discovery to the defendant. Defense Counsel and the Government are working toward reaching agreements on as many discovery issues as possible. The Government and Defense will only bring those issues to the Court's attention where discovery agreements cannot be reached.

/s/Robert J. Fickman
ROBERT J. FICKMAN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Assistant United States Attorneys assigned to this case by Electronic Filing to United States Attorney's Office on this the 2nd day of December, 2016.

/s/Robert Fickman
ROBERT J. FICKMAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

UNITED STATES OF AMERICA    §
                            §
V.                          §    CRIMINAL NO. 4:15-cr-00319-4
                            §
IDIA ORIAKHI                §

## ORDER

Defendant's Motion for Disclosure of Impeaching Information is hereby GRANTED / DENIED.

SIGNED on _____, 2016.

_____
UNITED STATES DISTRICT JUDGE