IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:15-cr-00319-4 |
| | § | |
| IDIA ORIAKHI | § | |

## MOTION TO LIST WITNESSES WITH MEMORANDUM IN SUPPORT

**TO THE HONORABLE JUDGE SIM LAKE:**

COMES NOW IDIA ORIAKHI, the Defendant, and files this her Motion to List Witnesses and in support thereof would show the Court the following:

I.

The names and work addresses of witnesses that the attorneys of the United States will call in its case in chief are in the exclusive possession of said prosecuting attorney.

II.

The Defendant is entitled to the disclosure of such witnesses by the Government. In order to effectuate meaningful confrontation and cross-examination as guaranteed by the Sixth Amendment to the U.S. Constitution, the identity of said witnesses should be revealed well in advance of trial.

## III.

Further, the Defendant is entitled to the disclosure of such witnesses by the Government prior to the voir dire examination of the panel, because without disclosure of such witnesses Defendant will be unable to select a fair and impartial jury, and thus will be denied a fair trial and the effective assistance of counsel as guaranteed him under the Sixth Amendment of the United States Constitution.

Respectfully submitted,

/s/Robert J. Fickman
ROBERT J. FICKMAN
Fed. ID No. 3606
State Bar No. 06956500
440 Louisiana, Suite 200
Houston, Texas 77002
(713) 655-7400
(713) 224-2815 Fax
Attorney for Defendant,
IDIA ORIAKHI

## CERTIFICATE OF CONFERENCE

The Defense and the Government have conferred regarding this motion.  The Government agrees to reciprocal disclosure of witness lists four days prior to the pre-trial conference, and will exchange lists that Thursday, February 2 by 5:00pm.

/s/Robert J. Fickman
ROBERT J. FICKMAN

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing document has been served on the Assistant United States Attorney's assigned to this case by Electronic Filing to United States Attorney's Office on this the 2nd day of December, 2016.

/s/Robert Fickman
ROBERT J. FICKMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:15-cr-00319-4 |
| | § | |
| IDIA ORIAKHI | § | |

## ORDER

Defendant's Motion to List Witnesses is hereby GRANTED / DENIED.

SIGNED on _____, 2016.

_____
UNITED STATES DISTRICT JUDGE